| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| JOE WILSON, | § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:15-CV-421 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § § § | |
| Defendant. | § § | |

## ORDER

Pending before the court is Plaintiff Joe Wilson's ("Wilson") *pro se* Objections to Report and Recommendation (#18), requesting judicial review of United States Magistrate Judge Keith F. Giblin's Report and Recommendation (#16) recommending that this court affirm the final decision of the Commissioner of Social Security Administration with respect to Wilson's application for disability-based benefits. The court has reviewed Wilson's objections and concludes that they are without merit. Wilson has not identified any specific grounds for his objection or identified any specific error in Judge Giblin's report and recommendation. *See* FED. R. CIV. P. 72(b). Accordingly, his objections are OVERRULED and the court ADOPTS the recommendation of the magistrate judge. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 20th day of March, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE